UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22697-CIV-ALTONAGA/O'Sullivan

**WILLIAM L. TAYLOR**,

    Plaintiff,
v.

**SOUTH SHORE TRADING INC.**, *et al.*,

    Defendants.
_____/

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANT WITH PREJUDICE

THIS CAUSE is before the Court on the parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice [ECF No 16]. The Court has carefully considered the joint stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation to Approve Consent Decree and Dismiss Defendant with Prejudice is hereby GRANTED.

2. The Court hereby APPROVES the Consent Decree, Defendant YARKON HOLDING REALTY, LLC is hereby DISMISSED WITH PREJUDICE.

3. The Court Retains jurisdiction to enforce the Consent Decree.

4. Each party to bear their own attorney's fees and costs except as detailed in the parties' Consent Decree.

5. All pending motions are denied as MOOT. The Clerk is instructed to mark this case closed.

CASE NO. 15-22697-CIV-ALTONAGA

**DONE AND ORDERED** at Miami, Florida this 6th day of November, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

copies furnished to:
counsel of record